# UNITED STATES BANKRUPTCY COURT

Southern District Of Texas
Houston Division

In re HAVERHILL CHEMICALS LLC,  Case No. 15-34918
Debtor

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| No. | Name of creditor, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contact, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim *[if secured also state value of security]* |
|---|---|---|---|---|
| 1. | Marathon Petroleum Company LP<br>Attention: Sawyer Goldsberry<br>539 S. Main St.<br>Findlay, OH 45840<br>(419) 421-3844 | Trade | | $23,771,791.57 |
| 2. | CB&I Stone & Webster Const Inc.<br>Attention: Ali Acklin<br>4171 Esen Lane<br>Baton Rouge, LA 70809<br>(225) 987-3809 | Trade | | $2,298,188.10 |
| 3. | SunCoke Energy Inc.<br>Attention: RS Justus<br>1011 Warrenville Road, Suite 600<br>Lisle, IL 60532<br>(606) 824-1001 | Trade | | $571,898.98 |
| 4. | Norfolk Southern Corporation<br>Mrs. L. G. Ferris<br>110 Franklin Road, S. E.<br>Roanoke, VA 24042-0041<br>(540) 524-4198 | Trade | | $755,820.00 |
| 5. | Nitro Electric<br>Attn: Jerry Priddy<br>4300 First Avenue 2nd Floor<br>Nitro, WV 25143<br>(304) 204-1500 | Trade | | $179,509.40 |
| 6. | Veolia ES Industrial Services, Inc.<br>806 Hoods Creek Pike<br>Ashland, KY 41101<br>(606) 329-1306 | Trade | | $175,077.85 |

# UNITED STATES BANKRUPTCY COURT

Southern District Of Texas
Houston Division

In re HAVERHILL CHEMICALS LLC,
Debtor

Case No. 15- 34918

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(continuation page)

| No. | Name of creditor, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contact, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim *[if secured also state value of security]* |
|---|---|---|---|---|
| 7. | W.T. Bryan & Associates Inc.<br>Attention: Chris Bryan<br>11275 Sebring Drive<br>Cincinnati, OH 45240<br>(513) 522-8532 | Trade | Disputed | $124,080.00 |
| 8. | FCX Performance<br>Attention: Kathleen Dodge<br>3000 East 14th Avenue<br>Columbus, OH 43219<br>(800) 253-6223 | Trade | | $99,313.52 |
| 9. | Mersen USA<br>Attention: Lois Moseley<br>540 Branch Drive<br>Salem, VA 24153<br>(540) 389-7535 | Trade | | $85,675.45 |
| 10. | Flowserve Corporation<br>Attention: Allen Wierbach<br>1050 Roxalana Business Park #2<br>Dunbar, WV 25064<br>(304) 768-0220 | Trade | | $73,640.37 |
| 11. | Union Tank Car Co.<br>P.O. Box 91793<br>Chicago, IL 60693<br>(219) 392-1500 | Trade | | $73,376.03 |
| 12 | Pritchard Electric Co.<br>2425 Eighth Avenue<br>Huntington WV 25703<br>(304) 529-2566 | Trade | | $73,280.18 |
| 13. | Geredco Ltd.<br>Attention: Angie McDonald<br>1480 Enterprise Parkway<br>Twinburg, OH 44087<br>(330) 405-4460 | Trade | | $71,353.46 |
| 14. | Covenant Security Services<br>Attention: Jerry Park<br>400 Quadrangle Drive, Suite A<br>Bolingbrook, IL 60440<br>(630) 771-0800 | Trade | | $66,172.67 |

# UNITED STATES BANKRUPTCY COURT

Southern District Of Texas
Houston Division

In re HAVERHILL CHEMICALS LLC,

Debtor

Case No. 15-34918

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(continuation page)

| No. | Name of creditor, telephone number and complete mailing addre including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 15. | McJunkin Red Man Corp.<br>Attention: Penny Hall<br>3384 Teays Valley Road<br>Hurricane, WV 25526<br>(304) 562-5724 | Trade | | $64,044.76 |
| 16. | Liquid Transport LLC<br>Attention: Jean Kochelle<br>P.O. Box 74311<br>Cleveland, OH 44194<br>(317) 841-4200 | Trade | | $64,000.44 |
| 17. | Quality Carriers Inc.<br>Attention: Tara Boles<br>4910 Payshere Circle<br>Chicago, IL 60674<br>(800) 282-2031 | Trade | | $60,285.16 |
| 18. | Nitro Mechanical Services<br>Attention: Paula Kuhn<br>4300 First Avenue, Second Floor<br>Nitro, WV 25743<br>(304) 989-2322 | Trade | | $58,515.80 |
| 19. | Mistras Services Group<br>600 Kaiser Road, Building 241<br>Heath, OH 43056<br>(740) 788-9188 | Trade | | $54,276.91 |
| 20. | Middough Associates Inc.<br>Attention: Jamie Thatcher<br>1212 Bath Avenue, 10th Floor<br>Ashland, KY 41101<br>(606) 325-8060 | Trade | | $47,516.00 |

## DECLARATION

I, the authorized signatory of Haverhill Chemicals LLC, named as the Debtor in the above-captioned bankruptcy case, declare under penalty of perjury that the foregoing List of Creditors Holding 20 Largest Unsecured Claims is true and correct to the best of my information and belief.

Dated: __September 18, 2015__

By: _/s/ Paul M Deputy_
Name: Paul Deputy
Title: Chief Financial Officer