UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| HAVERHILL CHEMICALS LLC, § | CASE NO. 15-34918 |
| § | |
| DEBTOR. § | (Chapter 11) |
| § | |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of equity security holders of the Debtor, Haverhill Chemicals LLC, which is prepared in accordance with FED. R. BANKR. P. 1007(a)(3).

| Name and Last Known Address or Place of Business of Equity Security Holder | Security Class | Percentage Ownership |
|---|---|---|
| Goradia Family Interests Ltd.<br>62 Windward Cove<br>The Woodlands, TX 77381 | Class A | 59.112% |
| Hemant Goradia<br>16800 Imperial Valley Drive<br>Suite 499<br>Houston, TX 77060 | Class A | 26.800% |
| Ajay & Manish Jain 2006 Trusts<br>13702 Bay Front Drive<br>Houston, TX 77077 | Class A | 11.100% |
| Indra Goradia<br>18 Del Mar Green Place<br>Shenandoah, TX 77381 | Class A | 1.000% |
| Alexandrina Barretto<br>62 Windward Cove<br>The Woodlands, TX 77381 | Class A | 1.000% |
| Vijay Goradia<br>62 Windward Cove<br>The Woodlands, TX 77381 | Class A | 0.954% |
| Vijay Goradia 2003 Trust<br>62 Windward Cove<br>The Woodlands, TX 77381 | Class A | 0.034% |
| Alberto Spera<br>2416 Malaga Lane<br>League City, TX 77573 | Class B | 28.517% |

587044_2

| | | |
|---|---|---|
| Mark Winland<br>4206 Misty Heather Ct.<br>Houston, TX 77059 | Class B | 7.129% |
| Mark A. Tipton<br>P.O. Box 192<br>Friendship, OH 45630 | Class B | 2.376% |
| Richard I. Spaulding<br>658 Gleim Road<br>Wheelersburg, OH 45694 | Class B | 3.327% |
| Devang Goradia<br>19513 N. Comal River Dr.<br>Cypress, TX 77433 | Class B | 2.376% |
| Stephen Isaacs<br>18643 Santa Maria Dr.<br>Baton Rouge, LA | Class B | 7.129% |
| Angela D. Iacoucci<br>2601 Hampton Street<br>Ashland, KY 41101 | Class B | 3.992% |
| Mark Antonvich<br>1955 Vermont Street<br>Houston, TX 77019 | Class B | 4.752% |
| Thomas Wells<br>1428 Tulane Street<br>Houston, TX 77008 | Class B | 11.882% |
| Rich Furlin<br>5515 Alanneil Drive<br>Houston, TX 77081 | Class B | 4.752% |
| Eugene Kenyon<br>130 North Keswick Court<br>Sugar Land, TX 77478 | Class B | 19.011% |
| Kevin Page<br>6302 Quiet Pointe Drive<br>Spring, TX 77389 | Class B | 2.376% |
| Charles A. Clark<br>510 Scarlet Maple Dr<br>Sugar Land TX 77479 | Class B | 2.376% |

### DECLARATION

I, the authorized signatory of Haverhill Chemicals LLC, named as the Debtor in the above-captioned bankruptcy case, declare under penalty of perjury that the foregoing List of Equity Security Holders is true and correct to the best of my information and belief.

Dated: September 18, 2015          By: _____
                                        Name: Paul Deputy
                                        Title: Chief Financial Officer

2

Dated: September 18, 2015.

Respectfully submitted,

DIAMOND McCARTHY LLP

By: /s/ *Kyung S. Lee*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
(713) 333-5125
Jason M. Rudd
TBA No. 24028786
jrudd@diamondmccarthy.com
(713) 333-5129
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
(713) 333-5127
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 Telephone
(713) 333-5195 Facsimile

PROPOSED ATTORNEYS FOR
HAVERHILL CHEMICALS LLC,
DEBTOR AND DEBTOR-IN-
POSSESSION