UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
HAVERHILL CHEMICALS LLC § Case No. 15-34918-H1-11
§
DEBTORS §

## NOTICE OF APPOINTMENT OF
## OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS

TO: HONORABLE MARVIN ISGUR
    UNITED STATES BANKRUPTCY JUDGE

COMES NOW the United States Trustee, ("UST"), who through the undersigned trial attorney, pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named Debtor to the official committee of unsecured creditors in the above-captioned case:

1. **Marathon Petroleum Company LP**, Attn: Thomas E. Mosholder, 539 South Main Street, Findlay, Ohio 45840, (419) 421-2172 (phone), (419) 421-3153 (fax), temosholder@marathonpetroleum.com;

2. **Pritchard Electric Co.,** Attn: Stephen Stacks, 2425 8th Avenue, Huntington, WV 25703, (304) 529-2566 (phone), (304) 529-2567 (fax), sstacks@pritchardelectric.com;

3. **CB&I Stone & Webster Construction Inc.,** Attn: Brandon Politz, 4171 Essen Lane, Baton Rouge, LA 70809 (225) 932-2741, Brandon.politz@cbi.com.

Dated, this 29th day of September, 2015.

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By: */s/ Nancy L. Holley*
    Nancy L. Holley
    Trial Attorney for the United States Trustee
    Texas State Bar #09875550
    Federal Bar #1440
    515 Rusk, Ste. 3516
    Houston, Texas 77002
    (713) 718-4650: Telephone
    (713) 718-4670: Facsimile
    Nancy.Holley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Official Committee of Unsecured Creditors</u>, has been served upon the committee members, their individual counsel, and Debtor's counsel by e-mail transmission and all of the parties listed below were served by ECF transmission OR by United States Mail, first class, postage paid, at the addresses listed below on this the 30th day of September, 2015.

                                                                    */s/ Nancy L. Holley*
                                                                    Nancy L. Holley, Trial Attorney

**Debtor:**

Haverhill Chemicals LLC
4450 Gears Rd
Suite 510
Houston, TX   77406

**Debtor's Counsel:**

Kyung Shik Lee
Jason M. Rudd
Charles M. Rubio
Diamond McCarthy LLP
909 Fannin, Ste. 1500
Houston, TX   77010

**Creditors Committee Members:**

**Marathon Petroleum Company LP**
Attn:  Thomas E. Mosholder
539 South Main Street
Findlay, Ohio 45840                              temosholder@marathonpetroleum.com

**Pritchard Electric Co.**
Attn:  Stephen Stacks
2425 8th Avenue
Huntington, WV 25703                           sstacks@pritchardelectric.com

**CB&I Stone & Webster Construction Inc.**
Attn: Brandon Politz
4171 Essen Lane
Baton Rouge, LA   70809                        Brandon.politz@cbi.com.

**Creditors' Committee Members' Individual Counsel:**

Ronald E. Gold  rgold@fbtlaw.com
Frost Brown Todd
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH   45202

David Neier  denier@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY   1066-4193

**Twenty Largest Unsecured Creditors:** (Master Service List attached)

**Parties Requesting Notice:** (Master Service List attached)