UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HAVERHILL CHEMICALS LLC | § | Case No. 15-34918-H1-11 |
| | § | |
| DEBTOR | § | |

## NOTICE OF ORGANIZATION MEETING
## FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    The organizational meeting for the Official Joint Committee of Unsecured Creditors in **HAVERHILL CHEMICALS LLC**, Bankruptcy No. 15-34918-H1-11, will be convened in the Offices of the United States Trustee, 515 Rusk, Suite 3401, Houston, Texas 77002 on Wednesday**, September 30, 2015 @ 3:00 PM CDST.**

                                                                            */s/ Nancy L. Holley*
                                                        Nancy L. Holley, Trial Attorney
                                                        Texas Bar #09875550
                                                        Federal Bar #1440
                                                        (713) 718-4650 x232
                                                        Fax (713) 718-4680/4670
                                                        Main #: (713) 718-4650
                                                        nancy.holley@usdoj.gov