UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| Haverhill Chemicals LLC | § | CASE NO. 15-34918 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING __06/30/2016__

1. _____Quarterly  or  __X__ Final (check one)

2. SUMMARY OF DISBURSEMENTS:

   A. Disbursements* made under the plan         $ 23,584.04
   B. Disbursements not under the plan           $      -
   Total Disbursements                           $ 23,584.04

   * ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?          _X_ Yes ___ No
4. Are Plan payments being made as required under the Plan?   _X_ Yes ___ No
5. If "No", what Plan payments have not been made and why?
   Please explain:
   _____
   _____

6. If plan payments have not yet begun, when will the first plan payment be made?   _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?   __N/A_____  (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   None
   _____
   _____

9. Complete the form for Plan Disbursements attached.
10. CONSUMMATION OF PLAN:
    A. If this is a final report, has an application for Final Decree been submitted?
       __X__ Yes   Date application was submitted ____6/30/2016_____
       _____ No    Date when application will be submitted _____
    B. Estimated Date of Final Payment Under Plan _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ Paul M Deputy_____       DATE: ____6/22/16_____
Paul Deputy
Interim CFO

IN RE: CASE NO.

Haverhill Chemicals LLC 15-34918

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER (06/30/16) | CONFIRMATION TO DATE |
|---|---:|---:|
| CASH-BEGINNING OF QUARTER | $ 41,484.07 | $ 41,484.07 |
| RECEIPTS * | $ 142,793.46 | $ 142,793.46 |
| DISBURSEMENTS | | |
| NET PAYROLL | $ - | $ - |
| PAYROLL TAXES PAID | $ - | $ - |
| SECURED/RENTAL/LEASES | $ - | $ - |
| UTILITIES | $ - | $ - |
| INSURANCE | $ - | $ - |
| INVENTORY PURCHASES | $ - | $ - |
| VEHICLE EXPENSES | $ - | $ - |
| TRAVEL & ENTERTAINMENT | $ - | $ - |
| REPAIRS, MAINTENANCE & SUPPLIES | $ - | $ - |
| ADMINISTRATIVE & SELLING | $ 2,840.87 | $ 2,840.87 |
| OTHER (see detail below) | $ 20,743.17 | $ 20,743.17 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | $ 23,584.04 | $ 23,584.04 |
| NET CASH FLOW | $ 119,209.42 | $ 119,209.42 |
| CASH-END OF QUARTER | $ 160,693.49 | $ 160,693.49 |

**Other List**
| | |
|---|---:|
| Distribution Trust Atty Fees | 11,825.00 |
| Return of remaining retainer balance to bank by Diamond McCarthy | 8,918.17 |
| | 20,743.17 |

\* See Receipts detail on page 3

IN RE:  CASE NO.

Haverhill Chemicals LLC  15-34918

**CASH ACCOUNT RECONCILIATION FOR ALL FUNDS**

QUARTER ENDING -----__June 30, 2016_____

|  | Apr-16 | May-16 | Jun-16 | Total |
|---|---|---|---|---|
| **Bank Balance** | $ 41,484.07 | $ 109,000.37 | $ 170,486.83 | $ 170,486.83 |
| **Deposit in Transit** | $ - | $ - | $ - | $ - |
| **Outstanding Checks** | $ - | $ - | $ - | $ - |
| **Adjusted Balance** | $ 41,484.07 | $ 109,000.37 | $ 170,486.83 | $ 170,486.83 |
| **Beginning Cash-Per Books** | $ 41,484.07 | $ 109,000.37 | $ 170,486.83 | $ 41,484.07 |
| **Receipts *** | $ 68,485.03 | $ 74,308.43 | $ - | $ 142,793.46 |
| **Transfers Between Accounts** | $ - | $ - | $ - | $ - |
| **Checks/Other Disbursements** | $ 968.73 | $ 12,821.97 | $ 875.17 | $ 14,665.87 |
| **Ending Cash-Per Books** | $ 109,000.37 | $ 170,486.83 | $ 169,611.66 | $ 169,611.66 |

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Apr-16 | May-16 | Jun-16 | Total |
|---|---|---|---|---|
| **Beginning Cash** | $ 41,484.07 | $ 109,000.37 | $ 170,486.83 | $ 41,484.07 |
| **Total Receipts** | $ 68,485.03 | $ 74,308.43 | $ - | $ 142,793.46 |
| **Total Disbursements** | $ 968.73 | $ 12,821.97 | $ 875.17 | $ 14,665.87 |
| **Ending Cash** | $ 109,000.37 | $ 170,486.83 | $ 169,611.66 | $ 169,611.66 |

\* Receipts

| | | |
|---|---|---|
| Livingston Return of Deposit | 68,485.03 | |
| Altivia Presciption Drug Reimburse | | 28,575.28 |
| Ashland Receivable | | 40,051.15 |
| Atty/Ins refund | | 5,682.00 |
| | 68,485.03 | 74,308.43 |