

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/29/2016

| | | |
|---|---|---|
| In re: | § § § | |
| HAVERHILL CHEMICALS LLC, | § § | CASE NO. 15-34918 |
| DEBTOR. | § § § | (Chapter 11) |

### FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

The Court, having considered the Debtor's Motion to Close Chapter 11 Case Pursuant to Bankruptcy Code § 350(a) and Bankruptcy Rule 3022 (the "Motion") and any responses thereto, finds as follows:

1. Notice of the Motion was appropriate and in accordance with Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the local rules of this Court.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(a).

3. The legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

THEREFORE, IT IS HEREBY ORDERED that the above-captioned chapter 11 case of Haverhill Chemicals LLC is hereby closed

Dated: June 29, 2016

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

The Debtor is ordered to pay all fees due under 28 U.S.C. § 1930 by July 20, 2016.